IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUDITH A. NEELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CV-269-WKW |
| | ) | [WO] |
| CLIFFORD WALKER, LYN HEAD, | ) | |
| and TERRY G. DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the parties' Joint Motion for Entry of Order Concerning Costs and Attorneys' Fees. (Doc. # 98.) Plaintiff Judith A. Neelley has asserted claims for costs and attorneys' fees. (Docs. # 96, 97.) The court finds that Plaintiff is a "prevailing party" under 42 U.S.C. § 1988. (*See* Docs. # 92, 93.) Plaintiff, Defendants, and their counsel represent that the parties have negotiated an agreement to resolve all claims for costs and attorneys' fees.

Accordingly, it is ORDERED as follows:

1. The Joint Motion for Entry of Order Concerning Costs and Attorneys' Fees (Doc. # 98) is GRANTED;

2. In accordance with the parties' negotiated resolution, that the State of Alabama shall pay to the benefit of counsel for Plaintiff the sum $65,396.78 (sixty-five thousand three hundred ninety-six and 78/100

dollars) in satisfaction of all claims for costs and attorneys' fees in this matter;

3. Such payments will satisfy all claims for attorneys' fees and costs, taxable and non-taxable, in this matter. Payment shall be made within sixty (60) days of the entry of this order; and

4. Plaintiff's Petition for Attorneys' Fees (Doc. # 96) and Plaintiff's Supplemental Petition for Attorney Fees and Petition Supporting Sirote's Firm Petition for Attorney Fees (Doc. # 97) are DENIED as moot.

DONE this 10th day of May, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE